ARNOLD SCHILDHAUS et al. v. LEOFREED REALTY CORP. et al.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

ANNA M. HENNING v. GUSTAV HENNING.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ

HERBERT J. SIMS & CO., INC., v. ZARA CONTRACTING CO., INC.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

LATHAM ENTERPRISES, INC., v. WESTCOTT CONSTRUCTION CORPORATION.—

Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

GERTRUDE GERSTLER v. ALFRED GERSTLER.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

In the Matter of the Arbitration between ESSEX CONSTRUCTION CORP. and PORT CHESTER ELECTRICAL CONSTRUCTION CORP.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH SCAROLA.—

Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.